**Order entered August 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00705-CV

## IN THE INTEREST OF A.J.T., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00491-X**

## ORDER

Before the Court are Mother's and Father's motions for extension of time to file their briefs. Mother seeks an extension to August 27, 2018 and Father seeks an extension to September 4, 2018. We **GRANT** the motions and **ORDER** both briefs filed no later than August 27, 2018. As this is an accelerated appeal in a parental termination case, we caution Mother and Father that further extension requests will be disfavored.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE